ACCEPTED
06-14-00104-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/28/2015 1:13:28 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00104-CR

| | | |
|---|---|---|
| **CHARLES DOUGLAS MCCLAIN, III** | § | **SIXTH COURT** |
| | § | 6th COURT OF APPEALS |
| **VS.** | § | **OF APPEALS** |
| | § | 1/28/2015 1:13:28 PM |
| **THE STATE OF TEXAS** | § | **STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/28/2015 1:13:28 PM
DEBBIE AUTREY
Clerk

## APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

COMES NOW the State of Texas appellee, and moves this Court pursuant to Tex. R. App. Proc. 10.5 and 38.6 (D) for an extension of **thirty (30) day's** or until March 2, 2015, in which to file the appellee's brief herein.   In support, appellee would show the following;

1.   Appellant was charged with Graffiti in State of Texas v. CHARLES DOUGLAS MCCLAIN, III, Cause No. 16,545, 115th District Court of Upshur County, Texas.

2.   On May 212, 2014, appellant was found guilty and the Judge assessed punishment for Twenty Five (25) Years confinement in the Institutional Division-TDCJ.

3.   Notice of appeal was given on May 21, 2014.

5.   The Appellee's brief was due for filing on January 12, 2015.

6.   This is the first request for extension of time.

7.   Appellee requests an extension until March 2, 2015.

8.   Good cause exists for the granting of the motion.   Within the past thirty days counsel for the State has undertaken the following matters:

A:    Counsel was responsible for getting the brief on Jason Belcher prepared which was due on January 5, 2015 in the Twelfth Court of Appeals.   Jury Selection in the 115th Judicial District Court was set on January 12, 2015.   The State of Texas v. Tommy Ray Dillard was on that jury docket and this case was assigned to me for trial.   Counsel has also been helping with trial preparations in The State of Texas v. Jonathan Shepherd Cause Number 16,605 scheduled for jury selection on February 2, 2015.

9:   This motion is not sought for purposes of delay, but so that justice may be done.

Therefore, Appellee requests until March 2, 2015, in which to complete her brief.

Respectfully submitted,

Upshur County Assistant District Attorney
Natalie A. Miller
405 N. Titus
Gilmer, TX 75644
Tel: (903) 843-5513
Fax: (903) 843-3661

By: /S/        *Natalie A. Miller*
    Natalie A. Miller
    State Bar No. 24079007

## CERTIFICATE   OF   SERVICE

A true and correct copy of the foregoing document has been delivered to all counsel of record, on this the 28th day of January, 2015.

/S/        *Natalie A. Miller*
Natalie A. Miller